# CERTIFICATE OF SERVICE

I, Thomas E. Hanson, Jr. , certify that I am, and at all times during the service of process was, not less than 18 years of age and not a party to the matter concerning which service of process was made. I further certify that service of (i) this Summons; (ii) a copy of the Complaint; and (iii) a Notice of Dispute Resolution Alternatives was made on April 26, 2021 by:

☒ Mail Service: Regular, first class United States mail, postage fully pre-paid, addressed to:

    Carbonlite Holdings LLC
    National Registered Agents, Inc.
    1206 Orange Street
    Wilmington, Delaware 19801

    LF Investment Holdings, LLC
    Corporation Service Company
    251 Little Falls Drive
    Wilmington, Delaware 19808

    Orion Energy Credit Opportunities Fund II, L.P.
    The Corporation Trust Company
    Corporation Trust Center
    1209 Orange Street
    Wilmington, Delaware 19801

    Orion Energy Credit Opportunities Fund II PV, L.P.
    The Corporation Trust Company
    Corporation Trust Center
    1209 Orange Street
    Wilmington, Delaware 19801

    Orion Energy Credit Opportunities Fund II GPFA, L.P.
    The Corporation Trust Company
    Corporation Trust Center
    1209 Orange Street
    Wilmington, Delaware 19801

    Force Ten Partners, LLC
    Agents and Corporations, Inc.
    1201 Orange Street, Suite 600
    One Commerce Center
    Wilmington, Delaware 19801

    Leon Farahnik
    945 Foothill Road
    Beverly Hills CA 90210-2925

Kim Jeffery
c/o CarbonLITE Industries LLC
10250 Constellation Blvd.
Los Angeles, CA 90067

Faramarz Yousefzadeh
4525 Dean Martin Dr., 2900
Las Vegas, NV 89103-4100

Brian Weiss
2227 Holly Ln.
Newport Beach, CA 92663

☒ FedEx Overnight Service: fully pre-paid, addressed to:

    Carbonlite Holdings LLC
    National Registered Agents, Inc.
    1206 Orange Street
    Wilmington, Delaware 19801

    LF Investment Holdings, LLC
    Corporation Service Company
    251 Little Falls Drive
    Wilmington, Delaware 19808

    Orion Energy Credit Opportunities Fund II, L.P.
    The Corporation Trust Company
    Corporation Trust Center
    1209 Orange Street
    Wilmington, Delaware 19801

    Orion Energy Credit Opportunities Fund II PV, L.P.
    The Corporation Trust Company
    Corporation Trust Center
    1209 Orange Street
    Wilmington, Delaware 19801

    Orion Energy Credit Opportunities Fund II GPFA, L.P.
    The Corporation Trust Company
    Corporation Trust Center
    1209 Orange Street
    Wilmington, Delaware 19801

    Force Ten Partners, LLC
    Agents and Corporations, Inc.
    1201 Orange Street, Suite 600
    One Commerce Center
    Wilmington, Delaware 19801

    Leon Farahnik
    945 Foothill Road
    Beverly Hills CA 90210-2925

Kim Jeffery
c/o CarbonLITE Industries LLC
10250 Constellation Blvd.
Los Angeles, CA 90067

Faramarz Yousefzadeh
4525 Dean Martin Dr., 2900
Las Vegas, NV 89103-4100

Brian Weiss
2227 Holly Ln.
Newport Beach, CA 92663

☐ Personal Service: By leaving the process with defendant or with an officer or agent of defendant at:

☐ Residence Service: By leaving the process with the following adult at:

☐ Certified Mail Service on an Insured Depository Institution: By sending the process by certified mail addressed to the following officer of the defendant at:

☐ Publication: The defendant was served as follows: [Describe briefly]

☐ State Law: The defendant was served pursuant to the laws of the State of _____,
   As follows: [Describe briefly]

Under penalty of perjury, I declare that the foregoeing is true and correct.

April 26, 2021                          /s/ *Thomas E. Hanson, Jr.*_____
                                        Thomas E. Hanson, Jr. (DE Bar No. 4102)

> Print Name:   Thomas E. Hanson, Jr.
>               Barnes & Thornburg LLP
>
> Business Address:  1000 N. West Street, Suite 1500
>
> City: Wilmington    State: Delaware    Zip: 19801