# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| CARBONLITE HOLDINGS LLC, *et al.*,[1] | Case No. 21-10527 (JTD) |
| Debtors. | Jointly Administered |
| BAHRAM NOUR-OMID, an individual, and LEARNICON LLC, a Delaware limited liability company, | |
| Plaintiffs, | |
| v. | |
| CARBONLITE HOLDINGS LLC, a Delaware limited liability company, LF INVESTMENT HOLDINGS, LLC, a Delaware limited liability company, LEON FARAHNIK, an individual, KIM JEFFERY, an individual, FARAMARZ YOUSEFZADEH, an individual, ORION ENERGY CREDIT OPPORTUNITIES FUND II, L.P., a Delaware limited partnership, ORION ENERGY CREDIT OPPORTUNITIES FUND II PV, L.P., a Delaware limited partnership, ORION ENERGY CREDIT OPPORTUNITIES FUND II GPFA, L.P., a Delaware limited partnership, FORCE TEN PARTNERS, LLC, a Delaware limited liability company, BRIAN WEISS, an individual, and DOES 1 through 50, inclusive, | Adv. No. 21-50317 (JTD) |
| Defendants. | |

**ORION ENERGY CREDIT OPPORTUNITIES FUND II, L.P., ORION ENERGY CREDIT OPPORTUNITIES FUND II PV, L.P., AND ORION ENERGY CREDIT <u>OPPORTUNITIES FUND II GPFA, L.P.'S MOTION TO DISMISS THE COMPLAINT</u>**

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: CarbonLite Holdings LLC (8957); CarbonLite Industries LLC (3596); CarbonLite P Holdings, LLC (8957); CarbonLite P, LLC (5453); CarbonLite PI Holdings, LLC (8957); CarbonLite Pinnpack, LLC (8957); CarbonLite Recycling Holdings LLC (8957); CarbonLite Recycling LLC (3727); CarbonLite Sub-Holdings, LLC (8957); Pinnpack P, LLC (8322); and Pinnpack Packaging, LLC (9948). The address of the Debtors' corporate headquarters is 10250 Constellation Blvd., Los Angeles, CA 90067.

28155507.1

1

US-DOCS\123959436.1

Defendants Orion Energy Credit Opportunities Fund II, L.P., Orion Energy Credit Opportunities Fund II PV, L.P., and Orion Energy Credit Opportunities Fund II GPFA, L.P. (the "Orion Funds"), by and through their counsel, respectfully move this Court for an Order dismissing Counts 4 through 8 of the Complaint filed by Plaintiffs Bahram Nour-Omid and Learnicon LLC with prejudice for failure to state a claim upon which relief may be granted. *See* Fed. R. Civ. P. 12(b)(6) (made applicable to these proceedings by Fed. R. Bankr. P. 7012). The grounds for this motion are set forth in the contemporaneously-filed Memorandum of Law in Support of the Orion Funds' Motion to Dismiss the Complaint.

*[Remainder of Page Intentionally Left Blank]*

Dated: May 21, 2021

YOUNG CONAWAY STARGATT & TAYLOR, LLP

/s/ *Kara Hammond Coyle*
Robert S. Brady (No. 2847)
Edwin J. Harron (No. 3396)
Kara Hammond Coyle (No. 4410)
Rodney Square
10000 North King Street
Wilmington, Delaware 19801
Telephone: (302) 571-6600
Email: rbrady@ycst.com
      eharron@ycst.com
      kcoyle@ycst.com

    -and-

LATHAM & WATKINS LLP
   Eric Leon
   Mateo de la Torre
   LATHAM & WATKINS LLP
   1271 Avenue of the Americas
   New York, New York 10022
   Telephone: (212) 906-1200
   Facsimile: (212) 751-4864
   Email: eric.leon@lw.com
        mateo.delatorre@lw.com

*Counsel to Defendants Orion Energy Credit Opportunities Fund II, L.P., Orion Energy Credit Opportunities Fund II PV, L.P., and Orion Energy Credit Opportunities Fund II GPFA, L.P.*