## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>CARBONLITE HOLDINGS LLC, *et al.*,[1]<br><br>            Debtors. | Chapter 11<br><br>Case No. 21-10527 (JTD)<br><br>Jointly Administered |
| BAHRAM NOUR-OMID, an individual, and LEARNICON LLC, a Delaware limited liability company,<br><br>            Plaintiffs,<br><br>       v.<br><br>CARBONLITE HOLDINGS LLC, a Delaware limited liability company, LF INVESTMENT HOLDINGS, LLC, a Delaware limited liability company, LEON FARAHNIK, an individual, KIM JEFFERY, an individual, FARAMARZ YOUSEFZADEH, an individual, ORION ENERGY CREDIT OPPORTUNITIES FUND II, L.P., a Delaware limited partnership, ORION ENERGY CREDIT OPPORTUNITIES FUND II PV, L.P., a Delaware limited partnership, ORION ENERGY CREDIT OPPORTUNITIES FUND II GPFA, L.P., a Delaware limited partnership, FORCE TEN PARTNERS, LLC, a Delaware limited liability company, BRIAN WEISS, an individual, and DOES 1 through 50, inclusive,<br><br>            Defendants. | Adv. No.  21-50317 (JTD) |

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: CarbonLite Holdings LLC (8957); CarbonLite Industries LLC (3596); CarbonLite P Holdings, LLC (8957); CarbonLite P, LLC (5453); CarbonLite PI Holdings, LLC (8957); CarbonLite Pinnpack, LLC (8957); CarbonLite Recycling Holdings LLC (8957); CarbonLite Recycling LLC (3727); CarbonLite Sub-Holdings, LLC (8957); Pinnpack P, LLC (8322); and Pinnpack Packaging, LLC (9948).  The address of the Debtors' corporate headquarters is 10250 Constellation Blvd., Los Angeles, CA 90067.

## **AFFIDAVIT OF SERVICE**

STATE OF DELAWARE    )
                              ) SS

NEW CASTLE COUNTY   )

        Debbie Laskin, being duly sworn according to law, deposes and says that she is employed by the law firm of Young Conaway Stargatt & Taylor, LLP, counsel to defendants Orion Energy Credit Opportunities Fund II, L.P., Orion Energy Credit Opportunities Fund II PV, L.P., and Orion Energy Credit Opportunities Fund II GPFA L.P. in the above-captioned case, and that on May 21, 2021, she caused a copy of the following to be served by email upon the parties identified on the attached service list:

Motion to Dismiss [D.I. 5]
Memorandum of Law in Support of Motion to Dismiss [D.I. 6]
Declaration of Mateo de la Torre [D.I. 7]

_____
Debbie Laskin

SWORN TO AND SUBSCRIBED before me this 25th day of May 2021.

_____
Notary Public

MELISSA L. ROMANO
NOTARY PUBLIC
STATE OF DELAWARE
My Commission Expires June 5, 2022

28163942.1

BARNES & THORNBURG LLP
Thomas E. Hanson, Jr.
Kevin G. Collins
1000 N. West Street, Suite 1500
Wilmington, Delaware 19801
Email: thanson@btlaw.com
kcollins@btlaw.com

MICHELMAN & ROBINSON, LLP
Sanford L. Michelman
smichelman@mrllp.com
Mona Z. Hanna
mhanna@mrllp.com
Howard I. Camhi
hcamhi@mrllp.com
Alexander R. Safyan
asafyan@mrllp.com
10880 Wilshire Blvd., 19th Floor
Los Angeles, CA 90024

28163942.1