IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>CARBONLITE HOLDINGS LLC, *et al.*,[1]<br><br>Debtors.<br>BAHRAM NOUR-OMID, an individual, and LEARNICON LLC, a Delaware limited liability company,<br><br>Plaintiffs,<br><br>v.<br><br>CARBONLITE HOLDINGS LLC, a Delaware limited liability company, et al.,<br><br>Defendants. | Chapter 11<br><br>Case No. 21-10527 (JTD)<br><br>Jointly Administered<br><br><br><br><br><br>Adv. No. 21-50317 (JTD) |

### AFFIDAVIT OF SERVICE

I, Serina Tran, depose and say that I am employed by Stretto, the claims and noticing agent for the Debtors in the above-captioned case.

On May 27, 2021, at my direction and under my supervision, employees of Stretto caused the following document to be served via electronic mail on the service list attached hereto as **Exhibit A**:

- **Notice of Agenda of Matters Scheduled for Hearing on June 1, 2021 at 1:00 P.M. (Prevailing Eastern Time) Before the Honorable John T. Dorsey** (Docket No. 17)

Dated: May 28, 2021

/s/ Serina Tran
Serina Tran

A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

State of California, County of Orange

Subscribed and sworn to (or affirmed) before me on this 28th day of May 2021 by Serina Tran, proved to me on the basis of satisfactory evidence to be the person who appeared before me.

Signature: _____

STEPHANIE M. DELGADO
Notary Public - California
Orange County
Commission # 2288834
My Comm. Expires May 17, 2023

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: CarbonLite Holdings LLC (8957); CarbonLite Industries LLC (3596); CarbonLite P Holdings LLC (8957); CarbonLite P LLC (5453); CarbonLite PI Holdings LLC (8957); CarbonLite Pinnpack LLC (8957); CarbonLite Recycling Holdings LLC (8957); CarbonLite Sub-Holdings, LLC (8957); Pinnpack P, LLC (8322); CarbonLite Recycling LLC (3727); and Pinnpack Packaging LLC (9948). The address of the Debtors' corporate headquarters is 10250 Constellation Blvd., Los Angeles, CA 90067.

# **<u>Exhibit A</u>**



# Exhibit A
Served via Electronic Mail

| Name | Attention | Address 1 | Email |
|---|---|---|---|
| Bahram Nour-Omid & Learnicon LLC | c/o Barnes & Thornburg LLP | Attn: Thomas E. Hanson, Jr. & Kevin G. Collins | thanson@btlaw.com<br>kcollins@btlaw.com |
| Bahram Nour-Omid & Learnicon LLC | c/o Michelman & Robinson LLP | Attn: Sanford L. Michelman, Mona Z. Hanna, Howard I. Camhi, & Alexander R. Safyan | smichelman@mrllp.com<br>mhanna@mrllp.com<br>hcamhi@mrllp.com<br>asafyan@mrllp.com |
| CarbonLite Holdings LLC | c/o Pachulski Stang Ziehl & Jones LLP | Attn: James E. O'Neill & Steven W. Golden | joneill@pszjlaw.com<br>sgolden@pszjlaw.com<br>efile1@pszjlaw.com |
| Orion Energy Credit Opportunities Fund II LP, Orion Energy Credit Opportunities Fund II PV LP, & Orion Energy Credit Opportunities Fund II GPFA LP | c/o Latham & Watkins LLP | Attn: Eric Leon & Mateo de la Torre | eric.leon@lw.com<br>mateo.delatorre@lw.com |
| Orion Energy Credit Opportunities Fund II LP, Orion Energy Credit Opportunities Fund II PV LP, & Orion Energy Credit Opportunities Fund II GPFA LP | c/o Young Conaway Stargatt & Taylor LLP | Attn: Robert S. Brady, Edwin J. Harron, & Kara Hammond Coyle | rbrady@ycst.com<br>eharron@ycst.com<br>kcoyle@ycst.com |