# Exhibit A

## Stipulation

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| CARBONLITE HOLDINGS LLC, *et al.*,[1] | Case No. 21-10527 (JTD) |
| Debtors. | (Jointly Administered) |
| BAHRAM NOUR-OMID, an individual, and LEARNICON LLC, a Delaware limited liability company, | |
| Plaintiffs, | |
| v. | Adv. Proc. No. 21-50317 (JTD) |
| CARBONLITE HOLDINGS LLC, a Delaware limited liability company, LF INVESTMENT HOLDINGS, LLC, a Delaware limited liability company, LEON FARAHNIK, an individual, KIM JEFFERY, an individual, FARAMARZ YOUSEFZADEH, an individual, ORION ENERGY CREDIT OPPORTUNITIES FUND II, L.P., a Delaware limited partnership, ORION ENERGY CREDIT OPPORTUNITIES FUND II PV, L.P., a Delaware limited partnership, ORION ENERGY CREDIT OPPORTUNITIES FUND II GPFA, L.P., a Delaware limited partnership, FORCE TEN PARTNERS, LLC, a Delaware limited liability company, BRIAN WEISS, an individual, and DOES 1 through 50, inclusive, | |
| Defendants. | |

## STIPULATION EXTENDING BRIEFING SCHEDULE

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: CarbonLite Holdings LLC (8957); CarbonLite Industries LLC (3596); CarbonLite P Holdings, LLC (8957); CarbonLite P, LLC (5453); CarbonLite PI Holdings, LLC (8957); CarbonLite Pinnpack, LLC (8957); CarbonLite Recycling Holdings LLC (8957); CarbonLite Recycling LLC (3727); CarbonLite Sub-Holdings, LLC (8957); Pinnpack P, LLC (8322); and Pinnpack Packaging, LLC (9948). The address of the Debtors' corporate headquarters is 10250 Constellation Blvd., Los Angeles, CA 90067.

This stipulation (the "Stipulation") is entered into by and among plaintiffs Bahram Nour-Omid and Learnicon LLC (collectively, "Plaintiffs") and defendants Orion Energy Credit Opportunities Fund II, L.P., Orion Energy Credit Opportunities Fund II PV, L.P. and Orion Energy Credit Opportunities Fund II GPFA, L.P. (collectively, the "Orion Funds" and, together with Plaintiffs, the "Parties"), by and through their undersigned counsel.

WHEREAS, on April 12, 2021, Plaintiffs commenced the above captioned adversary proceeding (the "Adversary Proceeding") by filing their *Complaint* [Adv. D.I. 1] (the "Complaint") against, among other parties, the Orion Funds;

WHEREAS, on May 21, 2021, the Orion Funds filed *Orion Energy Credit Opportunities Fund II, L.P., Orion Energy Credit Opportunities Fund II PV, L.P. and Orion Energy Credit Opportunities Fund II GPFA, L.P.'s Motion to Dismiss the Complaint* [Adv. D.I. 5-7] (the "Motion");

WHEREAS, the current deadline by which Plaintiffs need to file their response to the Motion is June 4, 2021; and

WHEREAS, the Parties have conferred with respect to seeking an extension of the briefing schedule concerning the Motion.

NOW, THEREFORE, SUBJECT TO APPROVAL OF THE COURT, IT IS HEREBY STIPULATED AND AGREED THAT:

1. The time for Plaintiffs to file and serve their response to the Motion shall be extended until and including June 9, 2021.

2. The Orion Funds' reply in support of the Motion, if any, shall be filed and served no later than June 21, 2021.

[*Signature Page Follows*]

Dated: June 3, 2021

| BARNES & THORNBURG LLP | YOUNG CONAWAY STARGATT & TAYLOR LLP |
|---|---|
| */s/ Kevin G. Collins* | */s/ Kara Hammond Coyle* |
| Thomas E. Hanson, Jr. (DE No. 4102) | Robert S. Brady (DE No. 2847) |
| Kevin G. Collins (DE No. 5149) | Edwin J. Harron (DE No. 3396) |
| 1000 N. West Street, Suite 1500 | Kara Hammond Coyle (DE No. 4410) |
| Wilmington, DE 19801 | Rodney Square |
| Telephone: (302) 300-3447 | 1000 North King Street |
| Facsimile: (302) 300-3456 | Wilmington, DE 19801 |
| Email: thanson@btlaw.com | Email: rbrady@ycst.com |
| kevin.collins@btlaw.com | eharron@ycst.com |
| | kcoyle@ycst.com |
| -and- | -and- |
| Sanford L. Michelman (Cal. Bar No. 179702) | Eric Leon |
| Mona Z. Hanna (Cal. Bar No. 131439) | Mateo de la Torre |
| Howard I. Camhi (Cal. Bar No. 149194) | LATHAM & WATKINS LLP |
| Alexander R. Safyan (Cal. Bar No. 277856) | 1271 Avenue of the Americas |
| MICHELMAN & ROBINSON, LLP | New York, NY 10022 |
| 10880 Wilshire Blvd., 19th Floor | Email: eric.leon@lw.com |
| Los Angeles, CA 90024 | mateo.delatorre@lw.com |
| Telephone: (310) 299-5500 | |
| Facsimile: (310) 299-5600 | *Counsel for Defendants Orion Energy Credit Opportunities Fund II, L.P., Orion Energy Credit Opportunities Fund II PV, L.P., and Orion Energy Credit Opportunities Fund II GPFA, L.P.* |
| Email: smichelman@mrllp.com | |
| mhanna@mrllp.com | |
| hcamhi@mrllp.com | |
| asafyan@mrllp.com | |
| *Counsel for Plaintiffs Bahram Nour-Omid and Learnicon LLC* | |