# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| In re: | Chapter 11 |
| CARBONLITE HOLDINGS LLC, *et al.*,[1] | Case No. 21-10527 (JTD) |
| Debtors. | Jointly Administered |
| BAHRAM NOUR-OMID, an individual, and LEARNICON LLC, a Delaware limited liability company, | |
| Plaintiffs, | Adv. No. 21-50317 (JTD) |
| v. | |
| CARBONLITE HOLDINGS LLC, a Delaware limited liability company, LF INVESTMENT HOLDINGS, LLC, a Delaware limited liability company, LEON FARAHNIK, an individual, KIM JEFFERY, an individual, FARAMARZ YOUSEFZADEH, an individual, ORION ENERGY CREDIT OPPORTUNITIES FUND II, L.P., a Delaware limited partnership, ORION ENERGY CREDIT OPPORTUNITIES FUND II PV, L.P., a Delaware limited partnership, ORION ENERGY CREDIT OPPORTUNITIES FUND II GPFA, L.P., a Delaware limited partnership, FORCE TEN PARTNERS, LLC, a Delaware limited liability company, BRIAN WEISS, an individual, and DOES 1 through 50, inclusive, | |
| Defendants, | |

**SUPPLEMENTAL MOTION OF DIRECTOR DEFENDANTS KIM JEFFERY AND FARAMARZ YOUSEFZADEH TO DISMISS COMPLAINT OR, ALTERNATIVELY, <u>TO STAY THIS LITIGATION AS TO ALL PARTIES</u>**

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: CarbonLite Holdings LLC (8957); CarbonLite Industries LLC (3596); CarbonLite P Holdings, LLC (8957); CarbonLite P, LLC (5453); CarbonLite PI Holdings, LLC (8957); CarbonLite PinnPack, LLC (8957); CarbonLite Recycling Holdings LLC (8957); CarbonLite Recycling LLC (3727); CarbonLite Sub-Holdings, LLC (8957); PinnPack P, LLC (8322); and PinnPack Packaging, LLC (9948). The address of the Debtors' corporate headquarters is 10250 Constellation Blvd., Los Angeles, CA 90067.

US_ACTIVE-160475517

Director defendants Kim Jeffery and Faramarz Yousefzadeh (the "<u>Director Defendants</u>"), by and through their undersigned counsel, moves this Court for an Order, in the form attached as <u>Exhibit A</u>, (a) pursuant to Federal Rule of Civil Procedure 12(b)(1) and 12(b)(6), as made applicable by Federal Rule of Bankruptcy Procedure 7012, dismissing with prejudice all claims against the Director Defendants due to (i) lack of subject matter jurisdiction and (ii) failure to state a claim or (b) alternatively, exercising the Court's inherent power to stay this adversary proceeding as to all parties (the "<u>Supplemental Motion</u>").  In support of the Supplemental Motion, the Director Defendants have filed their *Supplemental Opening Brief* in support of the Motion.

| | |
|---|---|
| Dated:  June 17, 2021<br>Wilmington, Delaware | Respectfully submitted,<br><br>**REED SMITH LLP**<br><br>By:  */s/ Kurt F. Gwynne*<br>       Kurt F. Gwynne (No. 3951)<br>       1201 Market Street, Suite 1500<br>       Wilmington, DE 19801<br>       Telephone:  302.778.7550<br>       Facsimile:  302.778.7575<br>       E-mail: kgwynne@reedsmith.com<br><br>       *Counsel for Defendants Kim Jeffery*<br>       *and Faramarz Yousefzadeh* |