# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: <br> CARBONLITE HOLDINGS LLC., *et al.,* <br>     Debtors. | Chapter 11 <br> Case No. 21-10527 (JTD) <br> Jointly Administered |
| BAHRAM NOUR-OMID, an individual, and LEARNICON LLC, a Delaware limited liability company, <br>     Plaintiffs, <br>   v. <br> CARBONLITE HOLDINGS LLC, *et al.*, <br>     Defendants. | Adv. Proceeding No. 21-50317 (JTD) |

## MOTION AND ORDER FOR ADMISSION *PRO HAC VICE* OF JOHN K. MCDONALD

Pursuant to Local Rule 9010-1 and the attached certification, counsel moves the admission *pro hac vice* of John K. McDonald of Cozen O'Connor to represent the Defendants Force Ten Partners, LLC and Brian Weiss in the above-captioned adversary action.

Dated: June 21, 2021

/s/ *Thomas J. Francella*
Thomas J. Francella, Jr. (DE No. 3835)
Cozen O'Connor
1201 N. Market Street, Suite 1001
Wilmington, DE 19801
T: (302) 295-2011; Email: tfrancella@cozen.com

## CERTIFICATION BY COUNSEL TO BE ADMITTED *PRO HAC VICE*

Pursuant to Local Rule 9010-1, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the Commonwealth of Pennsylvania and the bar of the United States District Court for the Eastern District of Pennsylvania and submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules and with Standing Order for District Court Fund revised August 31, 2016. I further certify that the annual fee of $25.00 has been paid to the Clerk of Court for District Court.

Dated: June 21, 2021

/s/ *John K. McDonald*
John K. McDonald, Esq.
Cozen O'Connor
1650 Market Street, Suite 2800
Philadelphia, PA 19103
T: (215) 864-8046; Email: jmcdonald@cozen.com

## ORDER GRANTING MOTION

IT IS HEREBY ORDERED counsel's motion for admission *pro hac vice* is granted.