## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| CARBONLITE HOLDINGS LLC, *et al.*,[1] | Case No. 21-10527 (JTD) |
| Debtors. | Jointly Administered |
| BAHRAM NOUR-OMID, an individual, and LEARNICON LLC, a Delaware limited liability company, | Adv. No. 21-50317 (JTD) |
| Plaintiffs, | |
| v. | |
| CARBONLITE HOLDINGS LLC, a Delaware limited liability company, et al, | |

## MOTION AND ORDER FOR ADMISSION *PRO HAC VICE*

     Pursuant to Local Rule 9010-1 and the attached certification, counsel moves the admission *pro hac vice* of Johnny White of Wolf, Rifkin, Shapiro, Schulman & Rabkin, LLP to represent LF Investment Holdings, LLC and Leon Farahnik.

Dated: June 21, 2021        SMITH, KATZENSTEIN & JENKINS LLP

          */s/ Kathleen M. Miller*
          Kathleen M. Miller (No. 2898)
          1000 West Street, Suite 1501
          Wilmington, DE  19801
          Telephone: (302) 652-8400
          Email: kmiller@skjlaw.com
          *Attorneys for LF Investment Holdings, LLC and Leon Farahnik*

---

[1]  The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: CarbonLite Holdings LLC (8957); CarbonLite Industries LLC (3596); CarbonLite P Holdings, LLC (8957); CarbonLite P, LLC (5453); CarbonLite PI Holdings, LLC (8957); CarbonLite PinnPack, LLC (8957); CarbonLite Recycling Holdings LLC (8957); CarbonLite Recycling LLC (3727); CarbonLite Sub-Holdings, LLC (8957); PinnPack P, LLC (8322); and PinnPack Packaging, LLC (9948). The address of the Debtors' corporate headquarters is 10250 Constellation Blvd., Los Angeles, CA 90067.

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 9010-1, I certify that I am eligible for admission to this Court, am admitted, practicing, and in good standing as a member of the Bar of the State of California, and submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action.  I also certify that I am generally familiar with this Court's Local Rules and with the Revised Standing Order for District Court Fund, effective 8/30/16.  I further certify that the annual fee of $25.00 has been paid to the Clerk of Court for the District Court.

Date:  June 21, 2021                  Signed_____

                                      Johnny White, Esquire
                                      WOLF, RIFKIN, SHAPIRO,
                                      SCHULMAN & RABKIN, LLP
                                      11400 W. Olympic Blvd., 9th Floor
                                      Los Angeles, CA 90064
                                      (310) 478-4100
                                      jwhite@wrslawyers.com


## ORDER GRANTING MOTION

IT IS HEREBY ORDERED counsel's motion for admission *pro hac vice* is granted.