# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

|   |   |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| CARBONLITE HOLDINGS LLC, *et al.*,[1] | ) Case No. 21-10527 (JTD) |
| | ) |
| Debtors. | ) (Jointly Administered) |
| | ) |
| | ) **Re: Docket No. 630** |
| BAHRAM NOUR-OMID, an individual, and | ) |
| LEARNICON LLC, a Delaware limited liability company, | ) Adv. Proc. Case No. 21-50317 (JTD) |
| | ) |
| | ) **Re: Docket No. 36** |
| Plaintiffs, | ) |
| | ) |
| v. | ) |
| | ) |
| CARBONLITE HOLDINGS LLC, a Delaware limited liability company, et al., | ) |
| | ) |
| Defendants. | ) |

## AMENDED[2] NOTICE OF AGENDA OF MATTERS SCHEDULED FOR HEARING ON JUNE 22, 2021 AT 10:00 A.M. (PREVAILING EASTERN TIME) BEFORE THE HONORABLE JOHN T. DORSEY

> **PLEASE TAKE NOTICE: Until further notice, all hearings scheduled before Judge Dorsey will be conducted entirely over Zoom. All participants are required to register prior to the hearing using the Zoom link provided below. You must register with your full name or you will not be permitted into the Zoom hearing. Persons without internet access may contact Chambers staff to request a toll-free number to appear telephonically. Please contact Chambers at least one business day prior to the scheduled hearing.**

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: CarbonLite Holdings LLC (8957); CarbonLite Industries LLC (3596); CarbonLite P Holdings LLC (8957); CarbonLite P LLC (5453); CarbonLite PI Holdings LLC (8957); CarbonLite Pinnpack LLC (8957); CarbonLite Recycling Holdings LLC (8957); CarbonLite Sub-Holdings, LLC (8957); Pinnpack P, LLC (8322); CarbonLite Recycling LLC (3727); and Pinnpack Packaging LLC (9948). The address of the Debtors' corporate headquarters is 10250 Constellation Blvd., Los Angeles, CA 90067.

[2] **Amended items are in bold.**

| **Zoom link:**  https://debuscourts.zoomgov.com/meeting/register/vJItcuihrT4uGfKFEtSAs6slyPZ-qcD8T0c |
|---|

**RESOLVED MATTER:**

1.  Motion of PNC Equipment Finance LLC for Allowance and Payment of Administrative Claims [Filed 5/21/21] (Docket No. 492)

    Response Deadline: June 11, 2021 at 4:00 p.m. (ET). Extended for the Debtors to June 15, 2021 at 4:00 p.m. (ET).

    Responses Received: Informal comments from the Debtors.

    Related Documents:

    A. **Certification of Counsel Regarding Stipulation for Resolution of Motion of PNC Equipment Finance LLC for Allowance and Payment of Administrative Claims [Filed 6/18/21] (Docket No. 631).**

    **Status: The parties have submitted a form of order resolving this motion under certification of counsel.**

**UNCONTESTED MATTER UNDER CNO:**

2.  Debtors' Motion for Entry of an Order Authorizing the Debtors to File Certain Schedules to Asset Purchase Agreements Under Seal [Filed 6/1/21] (Docket No. 543)

    Response Deadline: June 15, 2021 at 4:00 p.m. (ET).

    Responses Received: None.

    Related Documents:

    A. Notice of Successful Bidder and Auction Results for Sale of the Assets of CarbonLite Industries LLC (The Riverside Facility) [Filed 5/22/21] (Docket No. 498)

    B. Notice of Successful Bidder, Backup Bidder, and Auction Results for Sale of the Assets of Carbonlite Recycling LLC (the Dallas Facility) [Filed 5/26/21] (Docket No. 515)

    C. Notice of Successful Bidder, Backup Bidder, and Auction Results for Sale of the Assets of CarbonLite P, LLC (the Reading Facility) [Filed 5/26/21] (Docket No. 517)

D. Certification of No Objection Regarding Debtors' Motion for Entry of an Order Authorizing the Debtors to File Certain Schedules to Asset Purchase Agreements Under Seal [Filed 6/17/21] (Docket No. 624)

Status: A certification of no objection has been filed and counsel respectfully requests entry of the order at the Court's convenience.

**MATTERS GOING FORWARD:**

3. Approval of the Sale of Assets of Pinnpack Packaging LLC

   Response Deadline: June 21, 2021 at 4:00 p.m. (ET). *(extended until June 21. 2021 at 9:00 p.m. (ET) for the State of California, Department of Resources and Recovery Loan Program)*

   Responses Received:

   A. Limited Objection of California Department of Resources Recycling and Recovery to Debtors' Motion For (I) An Order (A) Approving Bid Procedures For The Sale Of Substantially All Of The Debtors Assets; (B) Approving Procedures For The Assumption And Assignment Of Executory Contracts And Unexpired Leases; (C) Approving Certain Bid Protections In Connection With The Debtors Entry Into Any Potential Stalking Horse Agreements; (D) Scheduling The Auction And Sale Hearing; (E) Approving The Form And Manner Of Notice Thereof; And (F) Granting Related Relief; And (II) An Order Or Orders (A) Approving The Sale Of The Debtors Assets Free And Clear Of All Claims, Liens, And Encumbrances; And (B) Approving The Assumption And Assignment Or Rejection Of Executory Contracts And Unexpired Leases [Filed 4/1/21] (Docket No. 159)

   B. Limited Objection and Reservation of Rights of Blum & Sons Electric, Inc. and Anderson Systems, Inc. to Sale Motion [Filed 5/4/21] (Docket No. 402)

   **C. Informal comments from the Committee**

   **D. Informal comments from Duris Corporation**

   Cure Objections/Responses:

   A. Limited Objection and Reservation of Rights of PNC Equipment Finance, LLC to the Proposed Assumption and Assignment of Certain Executory Contracts and Proposed Cure Amounts [Filed 4/20/21] (Docket No. 313)

      **Status: This objection is moot as the lease will not be assumed and assigned.**

   B. Objection of Cigna to Notice of Proposed Assumption and Assignment of Designated Executory Contracts and Unexpired Leases [Filed 4/26/21] (Docket No. 354)

> **Status: This objection is moot as the contract will not be assumed and assigned.**

C. Objection of Stonebriar Commercial Finance LLC to Notice of Proposed Assumption and Assignment of Designated Executory Contracts and Unexpired Leases [Filed 4/28/21] ([Docket No. 368](#))

> **Status: This objection is moot as the lease will not be assumed and assigned.**

D. Objection of Duris Corporation to Notice of Proposed Assumption and Assignment of Designated Executory Contracts and Unexpired Leases [Filed 4/30/21] ([Docket No. 380](#))

E. Objection of Nations Fund I, LLC to Debtors' Notice of Proposed Assumption and Assignment of Designated Executory Contracts and Unexpired Leases [Filed 4/30/21] ([Docket No. 382](#))

> **Status: This objection is moot as the lease will not be assumed and assigned.**

F. Limited Objection of Cool-Pak, LLC to Debtors' Proposed Assumption and Assignment Notices [Filed 4/30/21] ([Docket No. 387](#))

> **Status: This objection is resolved in principle.**

Related Documents:

A. Debtors' Motion For (I) An Order (A) Approving Bid Procedures For The Sale Of Substantially All Of The Debtors Assets; (B) Approving Procedures For The Assumption And Assignment Of Executory Contracts And Unexpired Leases; (C) Approving Certain Bid Protections In Connection With The Debtors Entry Into Any Potential Stalking Horse Agreements; (D) Scheduling The Auction And Sale Hearing; (E) Approving The Form And Manner Of Notice Thereof; And (F) Granting Related Relief; And (II) An Order Or Orders (A) Approving The Sale Of The Debtors Assets Free And Clear Of All Claims, Liens, And Encumbrances; And (B) Approving The Assumption And Assignment Or Rejection Of Executory Contracts And Unexpired Leases [Filed 3/18/21] ([Docket No. 112](#))

B. [Signed] Order (A) Approving Bid Procedures for the Sale of Substantially All of the Debtors' Assets; (B) Approving Procedures for the Assumption and Assignment of Executory Contracts and Unexpired Leases; (C) Approving Certain Bid Protections in Connection with the Debtors' Entry Into Any Potential Stalking Horse Agreements; (D) Scheduling the Auction and Sale Hearing; (E) Approving the Form and Manner of Notice Thereof; and (F) Granting Related Relief [Filed 4/9/21] ([Docket No. 266](#))

C. Notice of Proposed Assumption and Assignment of Designated Executory Contracts and Unexpired Leases [Filed 4/9/21] ([Docket No. 269](#))

D. [Signed] Order Approving Stipulation Among Debtors, the Official Committee of Unsecured Creditors and the DIP Lenders, Extending Certain Deadlines Under the Bid Procedures Order [Filed 4/20/21] ([Docket No. 312](#))

E. First Supplemental Notice of Proposed Assumption and Assignment of Designated Executory Contracts and Unexpired Leases [Filed 4/21/21] ([Docket No. 332](#))

F. [Signed] Order Approving Second Stipulation Among Debtors and the DIP Lenders, Extending Certain Deadlines Under the Bid Procedures Order [Filed 4/27/21] ([Docket No. 357](#))

G. [Signed] Order Approving Amended Third Stipulation Among Debtors and the DIP Lenders Extending Certain Deadlines Under the (I) TX Debtors' Final DIP Order; (II) PA Debtors' Final DIP Order; (III) CA Debtors' Final DIP Order; (IV) and Bid Procedures Order [Filed 5/4/21] ([Docket No. 401](#))

H. Second Supplemental Notice of Proposed Assumption and Assignment of Designated Executory Contracts and Unexpired Leases [Filed 5/10/21] ([Docket No. 418](#))

I. [Signed] Order Authorizing Debtors to Extend, as Necessary, Certain Deadlines Under the (I) Bid Procedures Order; (II) TX Debtors' Final DIP Order; (III) PA Debtors' Final DIP Order; and (IV) CA Debtors' Final DIP Order [Filed 5/13/21] ([Docket No. 449](#))

J. Declaration of Richard W. Morgner In Support of the Debtors' Motion For (I) An Order (A) Approving Bid Procedures For The Sale Of Substantially All Of The Debtors Assets; (B) Approving Procedures For The Assumption And Assignment Of Executory Contracts And Unexpired Leases; (C) Approving Certain Bid Protections In Connection With The Debtors Entry Into Any Potential Stalking Horse Agreements; (D) Scheduling The Auction And Sale Hearing; (E) Approving The Form And Manner Of Notice Thereof; And (F) Granting Related Relief; And (II) An Order Or Orders (A) Approving The Sale Of The Debtors Assets Free And Clear Of All Claims, Liens, And Encumbrances; And (B) Approving The Assumption And Assignment Or Rejection Of Executory Contracts And Unexpired Leases [Filed 6/2/21] ([Docket No. 551](#))

K. Declaration of Brian Weiss in Support of the Debtors' Motion For (I) An Order (A) Approving Bid Procedures For The Sale Of Substantially All Of The Debtors Assets; (B) Approving Procedures For The Assumption And Assignment Of Executory Contracts And Unexpired Leases; (C) Approving Certain Bid Protections In Connection With The Debtors Entry Into Any Potential Stalking Horse Agreements; (D) Scheduling The Auction And Sale Hearing; (E) Approving The Form And Manner Of Notice Thereof; And (F) Granting Related Relief; And (II) An Order Or Orders (A) Approving The Sale Of The Debtors Assets Free And Clear Of All Claims, Liens, And Encumbrances; And (B)

Approving The Assumption And Assignment Or Rejection Of Executory Contracts And Unexpired Leases [Filed 6/2/21] (Docket No. 552)

- L. Notice of Virtual Auction for the Sale of Assets of Pinnpack Packaging LLC [Filed 6/14/21] (Docket No. 612)

- M. Notice of Successful Bidder for Sale of the Assets of Pinnpack Packaging LLC [Filed 6/16/21] (Docket No. 616)

- N. Declaration of Brian Weiss in Support of Sale of the Assets of Pinnpack Packaging LLC [Filed 6/16/21] (Docket No. 617)

- O. Declaration of Richard W. Morgner in Support of Sale of the Assets of Pinnpack Packaging LLC [Filed 6/16/21] (Docket No. 618)

Status: This matter will be going forward. The Debtors have filed Declarations of Richard Morgner of Jefferies, LLC, the Debtors' investment banker, and Brian Weiss, of Force Ten LLC, the Debtors' Chief Restructuring Officer, in support of the sale. Mr. Morgner and Mr. Weiss will be available should the Court or parties have any questions.

4. Debtors' Third Omnibus Motion for Entry of an Order Authorizing the Debtors to Reject Certain Executory Contracts Pursuant to 11 USC § 365 Effective as of the PinnPack Closing Date [Filed 6/16/21] (Docket No. 619)

   Response Deadline: (Requested) June 22, 2021 at 10:00 a.m. (ET).

   Responses Received: Informal comments from Stonebriar Commercial Finance LLC

   Related Documents:

   - A. Motion to Shorten Notice Period and Schedule Hearing on: (A) Debtors Motion for Entry of an Order Authorizing, if Necessary, (I) the Abandonment of Certain Equipment by PinnPack Packaging LLC and (II) Granting Related Relief, (B) Debtors Third Omnibus Motion for Entry of an Order Authorizing the Debtors to Reject Certain Executory Contracts Pursuant to 11 U.S.C § 365 Effective as of the PinnPack Closing Date, and (C) Debtors Motion for an Order (1) Fixing Deadline for Filing Certain Administrative Expense Claims, (2) Approving Form and Manner of Notice Thereof, and (3) Granting Related Relief [Filed 6/16/21] (Docket No. 622)

   - **B. Certification of Counsel Regarding Stipulation for Resolution of Debtors' Motion Regarding the Rejection of Stonebriar Unexpired Equipment Lease [Filed 6/21/21] (Docket No. 635)**

C. **[Signed] Order Approving Stipulation for Resolution of Debtors' Motion Regarding the Rejection of Stonebriar Unexpired Equipment Lease [Filed 6/21/21] ([Docket No. 637](#))**

Status: This matter will go forward to the extent that the Court enters the order shortening notice on this motion. **This matter will go forward to the extent not resolved by the Court's Order at Docket No. 637.**

5. Debtors' Motion for Entry of an Order Authorizing, if Necessary, (I) the Abandonment of Certain Equipment by PinnPack Packaging LLC and (II) Granting Related Relief [Filed 6/16/21] ([Docket No. 620](#))

    Response Deadline: (Requested) June 22, 2021 at 10:00 a.m. (ET).

    Responses Received: None at this time.

    Related Documents:

    A. Motion to Shorten Notice Period and Schedule Hearing on: (A) Debtors Motion for Entry of an Order Authorizing, if Necessary, (I) the Abandonment of Certain Equipment by PinnPack Packaging LLC and (II) Granting Related Relief, (B) Debtors Third Omnibus Motion for Entry of an Order Authorizing the Debtors to Reject Certain Executory Contracts Pursuant to 11 U.S.C § 365 Effective as of the PinnPack Closing Date, and (C) Debtors Motion for an Order (1) Fixing Deadline for Filing Certain Administrative Expense Claims, (2) Approving Form and Manner of Notice Thereof, and (3) Granting Related Relief [Filed 6/16/21] ([Docket No. 622](#))

    Status: This matter will go forward to the extent that the Court enters the order shortening notice on this motion.

6. Debtors' Motion for an Order (1) Fixing Deadline for Filing Certain Administrative Expense Claims, (2) Approving Form and Manner of Notice Thereof, and (3) Granting Related Relief [Filed 6/16/21] ([Docket No. 621](#))

    Response Deadline: (Requested) June 22, 2021 at 10:00 a.m. (ET).

    Responses Received:

    **A. Informal comments from the United States Trustee**

    Related Documents:

    A. Motion to Shorten Notice Period and Schedule Hearing on: (A) Debtors Motion for Entry of an Order Authorizing, if Necessary, (I) the Abandonment of Certain Equipment by PinnPack Packaging LLC and (II) Granting Related Relief, (B) Debtors Third Omnibus Motion for Entry of an Order Authorizing the Debtors to

Reject Certain Executory Contracts Pursuant to 11 U.S.C § 365 Effective as of the PinnPack Closing Date, and (C) Debtors Motion for an Order (1) Fixing Deadline for Filing Certain Administrative Expense Claims, (2) Approving Form and Manner of Notice Thereof, and (3) Granting Related Relief [Filed 6/16/21] ([Docket No. 622](#))

Status: This matter will go forward to the extent that the Court enters the order shortening notice on this motion.

7. Debtors' Motion for Authorization to Expand the Retention and Employment of Reed Smith LLP as Special Counsel to Include Representation of Certain Board Member Defendants in Litigation, *Nunc Pro Tunc* to May 16, 2021 [Filed 5/25/21] ([Docket No. 507](#))

   Response Deadline: June 8, 2021 at 4:00 p.m. (ET).

   Responses Received:

   A. Informal comments from the United States Trustee

   B. Objection of Learnicon LLC and Bahram Nour-Omid to Debtors Motion for Authorization to Expand the Retention and Employment of Reed Smith LLP as Special Counsel to Include Representation of Certain Board Member Defendants in Litigation, *Nunc Pro Tunc* to May 16, 2021 [Filed 6/8/21] ([Docket No. 594](#))

      i. Exhibit B to the Declaration of Bahram Nour-Omid in Support of Objection of Learnicon LLC and Bahram Nour-Omid to Debtors Motion for Authorization to Expand the Retention and Employment of Reed Smith LLP as Special Counsel to Include Representation of Certain Board Member Defendants in Litigation, *Nunc Pro Tunc* to May 16, 2021 [Filed 6/8/21] (SEALED, Docket No. 595)

   Reply Deadline: June 17, 2021 at 4:00 p.m. (ET).

   Replies:

   A. Director Defendants' Reply in Support of Debtors' Motion for Authorization to Expand the Retention and Employment of Reed Smith LLP as Special Counsel to Include Representation of Certain Board Member Defendants in Litigation, *Nunc Pro Tunc* to May 16, 2021 Filed by Faramarz Yousefzadeh, Kim Jeffery [Filed 6/17/21] ([Docket No. 625](#))

      i. Declaration of Moshe J. Kupietzky, Esquire, in Support of Director Defendants' Reply in Support of Debtors' Motion for Authorization to Expand the Retention and Employment of Reed Smith LLP as Special Counsel to Include Representation of Certain Board Member

Defendants in Litigation, *Nunc Pro Tunc* to May 16, 2021 [Filed 6/17/21] ([Docket No. 627](#))

B. Debtors' Reply in Support of Debtors' Motion for Authorization to Expand the Retention and Employment of Reed Smith LLP as Special Counsel to Include Representation of Certain Board Member Defendants in Litigation, *Nunc Pro Tunc* to May 16, 2021 [Filed 6/17/21] ([Docket No. 626](#))

**Witness and Exhibit Lists:**

**A. Debtors' and Director Defendants' Joint Witness and Exhibit Lists for the Hearing on the Debtors' Motion for Authorization to Expand the Retention and Employment of Reed Smith LLP as Special Counsel to Include Representation for Certain Board Member Defendants in Litigation,** *Nunc Pro Tunc* **to May 16, 2021 [Filed 6/21/21] ([Docket No. 632](#))**

**B. Learnicon LLC and Bahram Nour-Omid's Witness and Exhibit List for the Hearing on Debtors' Motion for Authorization to Expand the Retention and Employment of Reed Smith LLP as Special Counsel to Include Representation for Certain Board Member Defendants in Litigation,** *Nunc Pro Tunc* **to May 16, 2021 [Filed 6/21/21] ([Docket No. 636](#))**

Status: This matter will be going forward. A declaration in support of the motion was filed by Moshe J. Kupietzky, Esquire, of Reed Smith LLP, who will be available should the Court or parties have any questions. A declaration in opposition to the motion was filed by Bahram Nour-Omid, who will be available should the Court or parties have any questions.

8. Learnicon LLC and Bahram Nour-Omid's Motion for Entry of an Order Authorizing the Filing Under Seal of Confidential Board Meeting Minutes [Filed 6/11/21] ([Docket No. 608](#))

Response Deadline: At the hearing.

Responses Received: None at this time.

Related Documents:

A. Exhibit B to the Declaration of Bahram Nour-Omid in Support of Objection of Learnicon LLC and Bahram Nour-Omid to Debtors Motion for Authorization to Expand the Retention and Employment of Reed Smith LLP as Special Counsel to Include Representation of Certain Board Member Defendants in Litigation, *Nunc Pro Tunc* to May 16, 2021 [Filed 6/8/21] (SEALED, Docket No. 595)

Status: This matter will be going forward.

**STATUS CONFERENCE:**

9. *Bahram Nour-Omid et al. v. CarbonLite Holdings LLC, et al.*, Adv. Proc. No. 21-50317

   Response Deadline: May 26, 2021

   Responses Received:

   A. Orion Energy Credit Opportunities Fund II GPFA, L.P., Orion Energy Credit Opportunities Fund II PV, L.P., Orion Energy Credit Opportunities Fund II, L.P.'s Motion to Dismiss the Complaint [Filed 5/21/21] (Adv. Docket No. 5)

   B. Memorandum of Law in Support of Motion to Dismiss the Complaint [Filed 5/21/21] (Adv. Docket No. 6)

   C. Declaration of Mateo de la Torre in Support of Motion to Dismiss the Complaint [Filed 5/21/21] (Adv. Docket No. 7)

   D. Motion of Debtor Carbonlite Holdings LLC to Dismiss Complaint or, Alternatively, to Stay This Litigation as to All Parties [Filed 5/26/21] (Adv. Docket No. 10)

   E. Memorandum of Law in Support of Motion of Debtor Carbonlite Holdings LLC to Dismiss Complaint or, Alternatively, to Stay This Litigation as to All Parties [Filed 5/26/21] (Adv. Docket No. 11)

   F. Motion of Director Defendants Kim Jeffery and Faramarz Yousefzadeh to Dismiss Complaint or, Alternatively, to Stay This Litigation as to All Parties [Filed 5/26/21] (Adv. Docket No. 12)

   G. Opening Brief in Support of Motion of Director Defendants Kim Jeffery and Faramarz Yousefzadeh to Dismiss Complaint or, Alternatively, to Stay This Litigation as to All Parties [Filed 5/26/21] (Adv. Docket No. 13)

   H. Motion of LF Investment Holdings, LLC and Leon Farahnik to Dismiss Complaint or, Alternatively, to Stay this Action [Filed 5/26/21] (Adv. Docket No. 14)

   I. Declaration of Kathleen M. Miller in Support of Motion of LF Investment Holdings, LLC and Leon Farahnik to Dismiss Complaint or, Alternatively, to Stay this Action [Filed 5/26/21] (Adv. Docket No. 15)

J. Joinder to the Motions to Dismiss the Complaint filed by the Other Defendants and/or Alternatively, to Stay this Litigation as to All Parties Filed by Force Ten Partners, LLC, Brian Weiss [Filed 6/4/21] ([Adv. Docket No. 22](#))

K. Supplemental Motion of Debtor Carbonlite Holdings LLC to Dismiss First Amended Complaint or, Alternatively, to Stay This Litigation as to All Parties [Filed 6/15/21] ([Adv. Docket No. 30](#))

L. Supplemental Motion of Director Defendants Kim Jeffery and Faramarz Yousefzadeh to Dismiss Complaint or, Alternatively, to Stay This Litigation as to All Parties [Filed 6/17/21] ([Adv. Docket No. 34](#))

M. Supplemental Opening Brief in Support of Motion of Director Defendants Kim Jeffery and Faramarz Yousefzadeh to Dismiss Complaint or, Alternatively, to Stay This Litigation as to All Parties [Filed 6/17/21] ([Adv. Docket No. 35](#))

Related Documents:

A. Complaint [Filed 4/12/21] ([Adv. Docket No. 1](#))

B. Summons and Notice of Pretrial Conference [Filed 4/26/21] ([Adv. Docket No. 3](#))

C. Notice of Rescheduled Pretrial Conference [Filed 5/27/21] ([Adv. Docket No. 16](#))

D. [Signed] Order Approving Stipulation Extending Briefing Schedule [Filed 6/4/21] ([Adv. Docket No. 23](#))

E. First Amended Complaint [Filed 6/9/21] ([Adv. Docket No. 24](#))

F. Notice of Status Conference [Filed 6/15/21] ([Adv. Docket No. 29](#))

*[Remainder of Page Intentionally Left Blank]*

<u>Status</u>: A status conference on this matter will be going forward.

| | |
|---|---|
| Dated: June 21, 2021 | PACHULSKI STANG ZIEHL & JONES LLP |

*/s/ James E. O'Neill*
Richard M. Pachulski (CA Bar No. 90073)
Gabriel I. Glazer (CA Bar No. 246384)
James E. O'Neill (DE Bar No. 4042)
Steven W. Golden (NY Bar No. 5374152)
919 N. Market Street, 17th Floor
P.O. Box 8705
Wilmington, DE 19899 (Courier 19801)
Tel: (302) 652-4100
Fax: (302) 652-4400
Email: rpachulski@pszjlaw.com
       gglazer@pszjlaw.com
       joneill@pszjlaw.com
       sgolden@pszjlaw.com

*Attorneys for Debtors and Debtors in Possession*