# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| CARBONLITE HOLDINGS LLC, *et al.*,[2] | Case No. 21-10527 (JTD) |
| Debtors. | (Jointly Administered) |
| BAHRAM NOUR-OMID, an individual, and LEARNICON LLC, a Delaware limited liability company, | |
| Plaintiffs, | |
| v. | Adv. Proc. No. 21-50317 (JTD) |
| CARBONLITE HOLDINGS LLC, a Delaware limited liability company, LF INVESTMENT HOLDINGS, LLC, a Delaware limited liability company, LEON FARAHNIK, an individual, KIM JEFFERY, an individual, FARAMARZ YOUSEFZADEH, an individual, ORION ENERGY CREDIT OPPORTUNITIES FUND II, L.P., a Delaware limited partnership, ORION ENERGY CREDIT OPPORTUNITIES FUND II PV, L.P., a Delaware limited partnership, ORION ENERGY CREDIT OPPORTUNITIES FUND II GPFA, L.P., a Delaware limited partnership, FORCE TEN PARTNERS, LLC, a Delaware limited liability company, BRIAN WEISS, an individual, and DOES 1 through 50, inclusive, | |
| Defendants. | |

## ORDER ESTABLISHING BRIEFING SCHEDULE ON DEFENDANTS' MOTIONS TO DISMISS THE FIRST AMENDED COMPLAINT

---

[2] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: CarbonLite Holdings LLC (8957); CarbonLite Industries LLC (3596); CarbonLite P Holdings, LLC (8957); CarbonLite P, LLC (5453); CarbonLite PI Holdings, LLC (8957); CarbonLite Pinnpack, LLC (8957); CarbonLite Recycling Holdings LLC (8957); CarbonLite Recycling LLC (3727); CarbonLite Sub-Holdings, LLC (8957); Pinnpack P, LLC (8322); and Pinnpack Packaging, LLC (9948). The address of the Debtors' corporate headquarters is 10250 Constellation Blvd., Los Angeles, CA 90067.

Upon the Certification of Counsel filed by Plaintiffs in the above-captioned adversary proceeding; and upon review of such certificate and good and sufficient cause appearing therefor,

IT IS HEREBY ORDERED that:

1. The time for Defendants to move or otherwise respond to the First Amended Complaint [Adv. D.I. 24] (the "FAC"), to the extent they have not responded already, shall be extended through and including July 2, 2021.

2. Plaintiffs shall file their omnibus answering brief in response to any motions to dismiss (and/or supplemental motions to dismiss) the FAC on or before July 16, 2021. Plaintiffs' omnibus answering brief is limited to 50 pages.

3. Defendants shall file their reply briefs, if any, in support of their motions to dismiss the FAC on or before July 23, 2021.

Dated: June 29th, 2021　　　　　　　　　　　JOHN T. DORSEY
Wilmington, Delaware　　　　　　　　　　　UNITED STATES BANKRUPTCY JUDGE