# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| CL H WINDDOWN LLC, *et al.*,[2] | Case No. 21-10527 (JTD) |
| Debtors. | (Jointly Administered) |
| BAHRAM NOUR-OMID, an individual, and LEARNICON LLC, a Delaware limited liability company, | |
| Plaintiffs, | |
| v. | Adv. Proc. No. 21-50317 (JTD) |
| CL H WINDDOWN, LLC, a Delaware limited liability company, LF INVESTMENT HOLDINGS, LLC, a Delaware limited liability company, LEON FARAHNIK, an individual, KIM JEFFERY, an individual, FARAMARZ YOUSEFZADEH, an individual, ORION ENERGY CREDIT OPPORTUNITIES FUND II, L.P., a Delaware limited partnership, ORION ENERGY CREDIT OPPORTUNITIES FUND II PV, L.P., a Delaware limited partnership, ORION ENERGY CREDIT OPPORTUNITIES FUND II GPFA, L.P., a Delaware limited partnership, FORCE TEN PARTNERS, LLC, a Delaware limited liability company, BRIAN WEISS, an individual, and DOES 1 through 50, inclusive, | |
| Defendants. | |

## ORDER AMENDING BRIEFING SCHEDULE ON DEFENDANTS' MOTIONS TO DISMISS THE FIRST AMENDED COMPLAINT

---

[2] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: CL H Winddown LLC (8957); CL I Winddown LLC (3596); CL PH Winddown LLC (8957); CL PA Winddown LLC (5453); CL PIH Winddown LLC (8957); CL PP Winddown LLC (8957); CL RH Winddown LLC (8957); CL Sub Winddown LLC (8957); CL R Winddown LLC (3727); PP PA Winddown LLC (8322); and PSS Winddown LLC (9948). The address of the Debtors' corporate headquarters is 10250 Constellation Blvd., Los Angeles, CA 90067.

Upon the Certification of Counsel filed by Plaintiffs in the above-captioned adversary proceeding; and upon review of such certificate and good and sufficient cause appearing therefor,

IT IS HEREBY ORDERED that:

1. The time for Defendants to file their reply briefs, if any, in support of their motions to dismiss the First Amended Complaint is extended through and including July 30, 2021, and may be further extended by written consent of counsel to Plaintiffs and Defendants (which may be done by e-mail amongst the parties).

2. All other dates and deadlines set forth in the Court's *Order Establishing Briefing Schedule on Defendants' Motions to Dismiss the First Amended Complaint* [Adv. D.I. 51] are unchanged.

**Dated: July 22nd, 2021**
**Wilmington, Delaware**

JOHN T. DORSEY
UNITED STATES BANKRUPTCY JUDGE