# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| CL H WINDDOWN LLC, *et al.*,[1] | Case No. 21-10527 (JTD) |
| Debtors. | (Jointly Administered) |
| BAHRAM NOUR-OMID, an individual, and LEARNICON LLC, a Delaware limited liability company, | |
| Plaintiffs, | |
| v. | Adv. Proc. No. 21-50317 (JTD) |
| CL H WINDDOWN LLC f/k/a CARBONLITE HOLDINGS LLC, a Delaware limited liability company, LF INVESTMENT HOLDINGS, LLC, a Delaware limited liability company, LEON FARAHNIK, an individual, KIM JEFFERY, an individual, FARAMARZ YOUSEFZADEH, an individual, ORION ENERGY CREDIT OPPORTUNITIES FUND II, L.P., a Delaware limited partnership, ORION ENERGY CREDIT OPPORTUNITIES FUND II PV, L.P., a Delaware limited partnership, ORION ENERGY CREDIT OPPORTUNITIES FUND II GPFA, L.P., a Delaware limited partnership, FORCE TEN PARTNERS, LLC, a Delaware limited liability company, BRIAN WEISS, an individual, and DOES 1 through 50, inclusive, | |
| Defendants. | |

## ORDER OF DISMISSAL OF ADVERSARY PROCEEDING
## AS TO NON-DEBTOR DEFENDANTS

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: CL H Winddown LLC (8957); CL I Winddown LLC (3596); CL PH Winddown LLC (8957); CL PA Winddown LLC (5453); CL PIH Winddown LLC (8957); CL PP Winddown LLC (8957); CL RH Winddown LLC (8957); CL Sub Winddown LLC (8957); PP PA Winddown LLC (8322); CL R Winddown LLC (3727); and PSS Winddown LLC (9948).

Upon the *Certification of Counsel Regarding Stipulation and Proposed Order of Dismissal of Adversary Proceeding as to Non-Debtor Defendants*; and upon review of such certification and the *Stipulation of Dismissal of Adversary Proceeding as to Non-Debtor Defendants* attached hereto as **Exhibit A** (the "Stipulation"); and there being no just reason for delaying dismissal of the above-captioned adversary proceeding (the "Adversary Proceeding") with respect to the non-debtor defendants; and good and sufficient cause appearing therefor,

IT IS HEREBY ORDERED that:

1. The Stipulation is approved.

2. Pursuant to Rule 54(b) of the Federal Rules of Civil Procedure, as incorporated in adversary proceedings by Rule 7054 of the Federal Rules of Bankruptcy Procedure, the Adversary Proceeding is hereby dismissed **with prejudice** solely as to defendants: Kim Jeffery; Faramarz Yousefzadeh; Force Ten Partners, LLC; Brian Weiss; Orion Energy Credit Opportunities Fund II, L.P.; Orion Energy Credit Opportunities Fund II PV, L.P.; and Orion Energy Credit Opportunities Fund II GPFA, L.P.  Plaintiffs and the foregoing defendants shall bear their own fees and expenses associated with the Adversary Proceeding.

3. Pursuant to Rule 54(b) of the Federal Rules of Civil Procedure, as incorporated in adversary proceedings by Rule 7054 of the Federal Rules of Bankruptcy Procedure, the Adversary Proceeding is hereby dismissed **without prejudice** solely as to defendants: Leon Farahnik; and LF Investment Holdings, LLC.  Plaintiffs and the foregoing defendants shall bear their own fees and expenses associated with the Adversary Proceeding.

Dated: August 4th, 2021  
Wilmington, Delaware

JOHN T. DORSEY  
UNITED STATES BANKRUPTCY JUDGE