**<u>Exhibit A</u>**

**Stipulation**

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| CL H WINDDOWN LLC, *et al.*,[1] | Case No. 21-10527 (JTD) |
| Debtors. | (Jointly Administered) |
| BAHRAM NOUR-OMID, an individual, and LEARNICON LLC, a Delaware limited liability company, | |
| Plaintiffs, | |
| v. | Adv. Proc. No. 21-50317 (JTD) |
| CL H WINDDOWN LLC f/k/a CARBONLITE HOLDINGS LLC, a Delaware limited liability company, LF INVESTMENT HOLDINGS, LLC, a Delaware limited liability company, LEON FARAHNIK, an individual, KIM JEFFERY, an individual, FARAMARZ YOUSEFZADEH, an individual, ORION ENERGY CREDIT OPPORTUNITIES FUND II, L.P., a Delaware limited partnership, ORION ENERGY CREDIT OPPORTUNITIES FUND II PV, L.P., a Delaware limited partnership, ORION ENERGY CREDIT OPPORTUNITIES FUND II GPFA, L.P., a Delaware limited partnership, FORCE TEN PARTNERS, LLC, a Delaware limited liability company, BRIAN WEISS, an individual, and DOES 1 through 50, inclusive, | |
| Defendants. | |

## STIPULATION OF DISMISSAL OF ADVERSARY PROCEEDING
## AS TO NON-DEBTOR DEFENDANTS

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: CL H Winddown LLC (8957); CL I Winddown LLC (3596); CL PH Winddown LLC (8957); CL PA Winddown LLC (5453); CL PIH Winddown LLC (8957); CL PP Winddown LLC (8957); CL RH Winddown LLC (8957); CL Sub Winddown LLC (8957); PP PA Winddown LLC (8322); CL R Winddown LLC (3727); and PSS Winddown LLC (9948).

Pursuant to Rule 54(b) of the Federal Rules of Civil Procedure, as incorporated in adversary proceedings by Rule 7054 of the Federal Rules of Bankruptcy Procedure, the parties to the above-captioned adversary proceeding (the "Adversary Proceeding") stipulate and agree as follows:

1. The Adversary Proceeding shall be dismissed **with prejudice** solely as to defendants: Kim Jeffery; Faramarz Yousefzadeh; Force Ten Partners, LLC; Brian Weiss; Orion Energy Credit Opportunities Fund II, L.P.; Orion Energy Credit Opportunities Fund II PV, L.P.; and Orion Energy Credit Opportunities Fund II GPFA, L.P. Plaintiffs and the foregoing defendants shall bear their own fees and expenses associated with the Adversary Proceeding.

2. The Adversary Proceeding shall be dismissed **without prejudice** solely as to defendants: Leon Farahnik; and LF Investment Holdings, LLC. Plaintiffs and the foregoing defendants shall bear their own fees and expenses associated with the Adversary Proceeding.

3. There is no just reason for delaying the dismissal of the Adversary Proceeding with respect to the non-debtor defendants listed above.

[*Signatures on Following Pages*]

Dated: August 4, 2021

| | |
|---|---|
| **BARNES & THORNBURG LLP** | **YOUNG CONAWAY STARGATT & TAYLOR LLP** |
| | |
| */s/ Kevin G. Collins* | */s/ Kara Hammond Coyle* |
| Thomas E. Hanson, Jr. (DE No. 4102) | Robert S. Brady (DE No. 2847) |
| Kevin G. Collins (DE No. 5149) | Edwin J. Harron (DE No. 3396) |
| 1000 N. West Street, Suite 1500 | Kara Hammond Coyle (DE No. 4410) |
| Wilmington, DE 19801 | Rodney Square |
| Telephone: (302) 300-3447 | 1000 North King Street |
| Facsimile: (302) 300-3456 | Wilmington, DE 19801 |
| Email: thanson@btlaw.com | Email: rbrady@ycst.com |
|     kevin.collins@btlaw.com |     eharron@ycst.com |
| |     kcoyle@ycst.com |
| -and- | -and- |
| **MICHELMAN & ROBINSON, LLP** | **LATHAM & WATKINS LLP** |
| Sanford L. Michelman | Eric Leon |
| Mona Z. Hanna | Mateo de la Torre |
| Howard I. Camhi | 1271 Avenue of the Americas |
| Alexander R. Safyan | New York, NY 10022 |
| 10880 Wilshire Blvd., 19th Floor | Email: eric.leon@lw.com |
| Los Angeles, CA 90024 |     mateo.delatorre@lw.com |
| Telephone: (310) 299-5500 | |
| Facsimile: (310) 299-5600 | *Counsel to Defendants Orion Energy Credit Opportunities Fund II, L.P., Orion Energy Credit Opportunities Fund II PV, L.P., and Orion Energy Credit Opportunities Fund II GPFA, L.P.* |
| Email: smichelman@mrllp.com | |
|     mhanna@mrllp.com | |
|     hcamhi@mrllp.com | |
|     asafyan@mrllp.com | |
| | |
| *Counsel to Plaintiffs Bahram Nour-Omid and Learnicon LLC* | |

| | |
|---|---|
| **PACHULSKI STANG ZIEHL & JONES LLP** | **REED SMITH LLP** |
| */s/ James E. O'Neil* | */s/ Kurt F. Gwynne* |
| Richard M. Pachulski (CA Bar No. 90073) | Kurt F. Gwynne (DE No. 3951) |
| Gabriel I Glazer (CA Bar No. 246384) | 1201 Market Street, Suite 1500 |
| James E. O'Neil (DE Bar No. 4042) | Wilmington, DE 19801 |
| Maxim B. Litvak (CA Bar No. 215852) | Telephone: (302) 778-7550 |
| Steven W. Golden (DE Bar No. LP0127) | Facsimile: (302) 778-7575 |
| 919 N. Market Street, 17th Floor | Email: kgwynne@reedsmith.com |
| Wilmington, DE 19801 | |
| Telephone: (302) 652-4100 | *Counsel to Defendants Kim Jeffery and Faramarz Yousefzadeh* |
| Facsimile: (302) 652-4400 | |
| Email: rpachulski@pszjlaw.com | |
|         gglazer@pszjlaw.com | |
|         joneil@pszjlaw.com | |
|         mlitvak@pszjlaw.com | |
|         sgolden@pszjlaw.com | |
| | |
| *Counsel to Debtors and Debtors-in-Possession* | |
| | |
| **SMITH, KATZENSTEIN & JENKINS LLP** | **COZEN O'CONNOR** |
| */s/ Kathleen M. Miller* | */s/ Thomas J. Francella, Jr.* |
| Kathleen M. Miller (DE No. 2898) | Thomas J. Francella, Jr. (DE No. 3835) |
| 100 West Street, Suite 1501 | 1201 N. Market Street, Suite 1001 |
| Wilmington, DE 19801 | Wilmington, DE 19801 |
| Telephone: (302) 652-8400 | Telephone: (302) 295-2000 |
| Email: kmiller@skjlaw.com | Facsimile: (302) 295-2013 |
| | Email: tfrancella@cozen.com |
| -and- | |
| | *Counsel to Force Ten Partners, LLC and Brian Weiss* |
| **WOLF, RIFKIN, SHAPIRO, SCHULMAN & RABKIN, LLP** | |
| Johnny White | |
| 11400 W. Olympic Blvd., 9th Floor | |
| Los Angeles, CA 90064 | |
| Telephone: (310) 478-4100 | |
| Email: jwhite@wrslawyers.com | |
| | |
| *Counsel to Defendants Leon Farahnik and LF Investment Holdings, LLC* | |