# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>CL H WINDDOWN LLC, *et al*.,[1]<br><br>                    Debtors. | Chapter 11<br><br>Case No. 21-10527 (JTD)<br>Jointly Administered<br><br>**Ref. Docket No. 771** |
| BAHRAM NOUR-OMID, an individual, and LEARNICON LLC, a Delaware limited liability company,<br><br>                    Plaintiffs,<br>v.<br><br>CL H WINDDOWN LLC f/k/a CARBONLITE HOLDINGS LLC, a Delaware limited liability company, *et al.*,<br><br>                  Defendants. | Adv. Proc. No. 21-50317 (JTD)<br><br><br><br><br><br>**Ref. Adv. Docket No. 60** |

**CERTIFICATION OF NO OBJECTION REGARDING DEBTORS' MOTION PURSUANT TO BANKRUPTCY RULE 9019 FOR APPROVAL OF SETTLEMENT AGREEMENT AND RELEASE WITH BAHRAM NOUR-OMID AND LEARNICON LLC RESOLVING ADVERSARY PROCEEDING**

The undersigned hereby certifies that:

1. On July 28, 2021, the above-captioned debtors and debtors in possession (the "Debtors") filed the *Debtors' Motion Pursuant to Bankruptcy Rule 9019 for Approval of Settlement Agreement and Release with Bahram Nour-Omid and Learnicon LLC Resolving Adversary Proceeding* [Docket No. 771, Adv. Docket No. 60] (the "Motion") with the United States Bankruptcy Court for the District of Delaware (the "Bankruptcy Court").

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: CL H Winddown LLC (8957); CL I Winddown LLC (3596); CL PH Winddown LLC (8957); CL PA Winddown LLC (5453); CL PIH Winddown LLC (8957); CL PP Winddown LLC (8957); CL RH Winddown LLC (8957); CL Sub Winddown LLC (8957); PP PA Winddown LLC (8322); CL R Winddown LLC (3727); and PSS Winddown LLC (9948).

2.    Pursuant to the notice of Motion, responses were due to be filed on, or prior to, August 11, 2021, at 4:00 p.m. (ET) (the "Objection Deadline"). The Debtors extended the Objection Deadline for the Official Committee of Unsecured Creditors (the "Committee") to August 13, 2021 at 5:00 p.m. (ET).

3.    The undersigned certifies that the Bankruptcy Court's docket has been reviewed in this case and no answer, objection or other responsive pleading to the Motion appears thereon. The Committee notified the Debtors prior to the Objection Deadline that they had no objection to the Motion.

4.    Accordingly, the Debtors respectfully request entry of the proposed order attached hereto as **Exhibit 1** at the Bankruptcy Court's convenience.

Dated:   August 13, 2021                                 PACHULSKI STANG ZIEHL & JONES LLP

*/s/ James E. O'Neill*
Richard M. Pachulski (CA Bar No. 90073)
Gabriel I. Glazer (CA Bar No. 246384)
James E. O'Neill (DE Bar No. 4042)
Steven W. Golden (NY Bar No. 5374152)
919 N. Market Street, 17th Floor
P.O. Box 8705
Wilmington, DE 19899 (Courier 19801)
Tel:  (302) 652-4100
Fax: (302) 652-4400
Email: rpachulski@pszjlaw.com
            gglazer@pszjlaw.com
            joneill@pszjlaw.com
            sgolden@pszjlaw.com

*Attorneys for Debtors and Debtors in Possession*