# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| CL H WINDDOWN LLC, *et al.*,[1] | Case No. 21-10527 (JTD) |
| Debtors. | (Jointly Administered) |
| BAHRAM NOUR-OMID, an individual, and LEARNICON LLC, a Delaware limited liability company, | |
| Plaintiffs, | |
| v. | Adv. Proc. No. 21-50317 (JTD) |
| CL H WINDDOWN LLC f/k/a CARBONLITE HOLDINGS LLC, a Delaware limited liability company, LF INVESTMENT HOLDINGS, LLC, a Delaware limited liability company, LEON FARAHNIK, an individual, KIM JEFFERY, an individual, FARAMARZ YOUSEFZADEH, an individual, ORION ENERGY CREDIT OPPORTUNITIES FUND II, L.P., a Delaware limited partnership, ORION ENERGY CREDIT OPPORTUNITIES FUND II PV, L.P., a Delaware limited partnership, ORION ENERGY CREDIT OPPORTUNITIES FUND II GPFA, L.P., a Delaware limited partnership, FORCE TEN PARTNERS, LLC, a Delaware limited liability company, BRIAN WEISS, an individual, and DOES 1 through 50, inclusive, | |
| Defendants. | |

## NOTICE OF VOLUNTARY DISMISSAL
## OF ADVERSARY PROCEEDING WITH PREJUDICE

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: CL H Winddown LLC (8957); CL I Winddown LLC (3596); CL PH Winddown LLC (8957); CL PA Winddown LLC (5453); CL PIH Winddown LLC (8957); CL PP Winddown LLC (8957); CL RH Winddown LLC (8957); CL Sub Winddown LLC (8957); PP PA Winddown LLC (8322); CL R Winddown LLC (3727); and PSS Winddown LLC (9948).

PLEASE TAKE NOTICE that pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, as incorporated in adversary proceedings by Rule 7041 of the Federal Rules of Bankruptcy Procedure, Plaintiffs Bahram Nour-Omid and Learnicon LLC hereby dismiss the above-captioned adversary proceeding with prejudice as to the sole remaining defendant, CL H Winddown LLC f/k/a CarbonLite Holdings LLC.

Dated: August 17, 2021

BARNES & THORNBURG LLP

/s/  Kevin G. Collins
Thomas E. Hanson, Jr. (DE No. 4102)
Kevin G. Collins (DE No. 5149)
1000 N. West Street, Suite 1500
Wilmington, DE  19801
Telephone: (302) 300-3447
Facsimile: (302) 300-3456
Email:  thanson@btlaw.com
            kevin.collins@btlaw.com

-and-

Sanford L. Michelman
Mona Z. Hanna (admitted *pro hac vice*)
Howard I. Camhi (admitted *pro hac vice*)
Alexander R. Safyan (admitted *pro hac vice*)
MICHELMAN & ROBINSON, LLP
10880 Wilshire Blvd., 19th Floor
Los Angeles, CA 90024
Telephone: (310) 299-5500
Facsimile: (310) 299-5600
Email:  smichelman@mrllp.com
            mhanna@mrllp.com
            hcamhi@mrllp.com
            asafyan@mrllp.com

*Counsel to Plaintiffs Bahram Nour-Omid and Learnicon LLC*